JOHN M. RUNFOLA SBN 096058
Pier 9, Suite 100
San Francisco, CA 94111-1497
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
JASON BARRETT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00495 SBA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE FEBRUARY 11, 2013 SENTENCING DATE** |
| v. | |
| JASON BARRETT | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, James C. Mann, counsel for plaintiff United States of America, and John M. Runfola, counsel for defendant Jason Barrett, that the sentencing hearing in this Court of February 11, 2013 at 11:00 a.m., is extended until March 12, 2013 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

No party objects to the requested continuance.

**IT IS SO STIPULATED**.

Dated: 01/24/13                          /s/
                                         JOHN M RUNFOLA,
                                         Counsel for Defendant JASON BARRETT

1

2  Dated: 01/24/13                                  /s/
3                                              JAMES C. MANN
                                               Assistant United States Attorney
4

5        **IT IS SO ORDERED.**

6

7  Dated: 1/25/13                            *Saundra B Armstrong*
8                                              HON. SAUNDRA BROWN ARMSTRONG
                                               United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF       STIPULATION
JOHN M. RUNFOLA     01/25/13
SAN FRANCISCO
                                          -2-